**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-7948**

LARRY R. TART,

            Plaintiff - Appellant,

      v.

VICKIE SELLERS; MICHAEL SLAGLE; JOBE, Lieutenant,

            Defendants - Appellees.

Appeal from the United States District Court for the Western District of North Carolina, at Asheville.   Frank D. Whitney, Chief District Judge.   (1:13-cv-00282-FDW)

Submitted: April 24, 2014          Decided:  April 28, 2014

Before NIEMEYER, SHEDD, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Larry R. Tart, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Larry R. Tart appeals the district court's order denying his motion to reconsider the dismissal of his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915(e)(2)(B) (2012), and his motion to amend his complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Tart v. Sellers, No. 1:13-cv-00282-FDW (W.D.N.C. Nov. 22, 2013). We deny Tart's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED